UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDGARDO ANDRES VILLADIEGO,
a/k/a "El Jardinero,"
TRUE NAME: Gustavo Adolfo
           Jimenez-Marin

Defendant.

**UNDER SEAL**

Case No. 8:08-cr-155-T-30MAP

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for entry of a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853(a), and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Edgardo Andres Villadiego's right, title, and interest in the following property:

1. Real property located at 1811 S.W. 162nd Avenue, Hollywood, Florida 33024, titled in the names of Patricia Alzate and Miryam Jaramillo, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

   Lot I-28, of Silver Shores, according to the plat thereof, as recorded in Plat Book 163, Page 26 of the Public Records of Broward County, Florida; and

2. 2002 Sun Coast Trailer, 16' x 10' (enclosed), VIN: 1S9E01624T303683.



Being fully advised in the premises, the Court hereby finds that the United States has established the requisite *nexus* between the offenses charged in Count One of the Indictment and the subject property. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(a), and Rule 32.2(b)(2), all right, title and interest of defendant Edgardo Andres Villadiego in the referenced property is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this ___21___ day of _____, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of record

RECEIVED

2009 JAN 20 PM 1:09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA