UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 8:08-cr-155-T-30MAP

EDGARDO ANDRES VILLADIEGO,
a/k/a "El Jardinero,"
TRUE NAME: Gustavo Adolfo
                     Jimenez-Marin

    Defendant.

## AMENDED PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Entry of an Amended Preliminary Order of Forfeiture (Doc. 80), pursuant to the provisions of 21 U.S.C. § 853(p), and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Edgardo Andres Villadiego's right, title, and interest in $20,000.00 in lieu of the real property located at 1811 S.W. 162nd Avenue, Miramar, Florida 33024.

Being fully advised in the premises, the Court hereby finds that on January 21, 2009, a Preliminary Order of Forfeiture was entered (Doc. 76), which, upon entry became a final order of forfeiture as to defendant Edgardo Andres Villadiego's right, title, and interest in the subject real property.

The Court further finds that the United States has accepted $20,000.00 in lieu of the referenced real property from defendant Edgardo Andres Villadiego. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 80) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(p), and Rule 32.2(b)(2), all right, title and interest of defendant Edgardo Andres Villadiego in the referenced property is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 18, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel/Parties of Record

F:\Docs\2008\08-cr-155.forfeit 80.wpd